UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. EASTMAN, | No. 2:20-cv-01725-TLN-DB |
| Petitioner, | |
| v. | **ORDER** |
| PATRICK COVELLO, ACTING WARDEN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (ECF No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 20, 2020, the magistrate judge issued findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within thirty days.  (*See* ECF No. 6 at 2.) Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

///

1

1. The findings and recommendations issued October 20, 2020 (ECF No. 6), are ADOPTED in full, and

2. This action is DISMISSED without prejudice for failure to file an application to proceed in forma pauperis, or in the alternative, to pay the filing fee.

DATED:  December 7, 2020

Troy L. Nunley
United States District Judge

2